FILED
IN OPEN COURT

MAR 3 1 2016

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Norfolk Division*

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 2:16cr29 |
| | ) |
| CYNTHIA MERRITT, | ) |
| | ) |
| Defendant. | ) |

## STATEMENT OF FACTS

By signing below, the parties and their respective counsel agree that if this case had gone to trial, the government's evidence would have established the following facts beyond a reasonable doubt:

1. That from on or about July 2012 until September 18, 2013, the defendant was the sole employee of the United States Post Office at her work location. During that time she began embezzling money and money orders that belonged to the United States Postal Service. During that time period the defendant fraudulently obtained approximately $7,510.69.

2. The acts taken by the defendant in furtherance of the offenses charged in this case, including the acts described above, were done willfully and knowingly with the specific intent to violate the law. The defendant acknowledges that the foregoing statement of facts does not describe all of the defendant's conduct relating to the offenses charged in this case.

        Respectfully submitted,

        Dana J. Boente
        United States Attorney

1



By: _____
Joseph DePadilla
Assistant United States Attorney

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant, CYTHIA MERRITT, and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
CYTHIA MERRITT, Defendant

I am the attorney for defendant, CYTHIA MERRITT. I have carefully reviewed the above Statement of Facts with her. Her decision to enter into this factual stipulation is knowing, intelligent, and voluntary.

_____
Defense Counsel